United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HARPER PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:25-mc-11 |
| | § | |
| ABSOLUTE RESOLUTIONS | § | |
| INVESTMENTS LLC, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the court is Harper Paris' *pro se* application to proceed *in forma pauperis* ("IFP"). Dkt. 1. It is identical to Paris' prior IFP application, which the court denied and sua sponte dismissed for failure to state a claim under 15 U.S.C. § 1692c(a)(1). *See Paris v. Absolute Resolutions Investments LLC*, No. 3:25-mc-4, Dkts. 1, 2 (S.D. Tex. April 3, 2025). Accordingly, the court denies Paris' IFP application here. Dkt. 1.

Signed on Galveston Island this 29th day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE